Keith D. Routsong, Esq.
Nevada State Bar 14944
10000 West Charleston Blvd. Suite 130
Las Vegas, Nevada 89135
(702) 533-8473
keith@fortresslawandrealty.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC,** § § § | | |
| Plaintiff, § | Case No: 2:21-cv-01484-GMN-VCF | |
| § | | |
| vs. § | PATENT CASE | |
| § | | |
| **TRUSTIFI, LLC,** § § | | |
| Defendant. § § | | |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO ANSWER COMPLAINT

Pursuant to LR IA 6-1, Plaintiff, Digital Verification Systems, LLC ("Plaintiff" and/or "DVS") moves to extend the time for Defendant Trustifi, LLC ("Defendant" and/or "Trustifi") to object, respond to, move, or otherwise answer Plaintiff's complaint [Doc. 1]. Plaintiff requests a thirty (30) day extension of time for Defendant's answer up to and including October 4, 2021, as the parties are discussing an amicable resolution of the matter. This is the first motion for extension of time to file an answer to Plaintiff's Complaint.

Dated: August 28, 2021.                                Respectfully submitted,

                                                  */s/Keith D. Routsong, Esq.*
                                                  Keith D. Routsong, Esq.
                                                  Nevada State Bar 14944
                                                  **Fortress Law & Realty**
                                                  10000 West Charleston Blvd. Suite 130
                                                  Las Vegas, Nevada 89135
                                                  (702) 533-8473
                                                  keith@fortresslawandrealty.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was filed electronically on August 28, 2021, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

                                                  */s/Keith D. Routsong, Esq.*
                                                  Keith D. Routsong, Esq.

                                                  "IT IS SO ORDERED:
                                                  UNITED STATES MAGISTRATE JUDGE

                                                          8-30-2021
                                              DATED: _____