Keith D. Routsong, Esq.
Nevada State Bar 14944
10000 West Charleston Blvd. Suite 130
Las Vegas, Nevada 89135
(702) 533-8473
keith@fortresslawandrealty.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC,** | § § § | |
| **Plaintiff,** | § § | **Case No: 2:21-cv-01484-GMN-VCF** |
| **vs.** | § § | **PATENT CASE** |
| **TRUSTIFI, LLC,** | § § § | |
| **Defendant.** | § § | |
| _____ | § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Digital Verification Systems, LLC ("Plaintiff" and/or "DVS") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Trustifi, LLC without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: September 8, 2021.                    Respectfully submitted,


                                            */s/Keith D. Routsong, Esq.*
                                            Keith D. Routsong, Esq.
                                            Nevada State Bar 14944
                                            **Fortress Law & Realty**
                                            10000 West Charleston Blvd. Suite 130
                                            Las Vegas, Nevada 89135
                                            (702) 533-8473
                                            keith@fortresslawandrealty.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically on September 8, 2021, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.


                                            */s/Keith D. Routsong, Esq.*
                                            Keith D. Routsong, Esq.